Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**NEW YORK, NEW YORK**

CANADIAN SOLAR INTERNATIONAL LIMITED; and CANADIAN SOLAR MANUFACTURING (THAILAND) CO., LTD.

        Plaintiffs,

        v.

UNITED STATES,

        Defendant.

**SUMMONS**
Ct. No. 23-222

TO: The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

           /s/ Mario Toscano
           Clerk of the Court

## 1. Name and Standing of Plaintiff

Plaintiffs Canadian Solar International Limited and Canadian Solar Manufacturing (Thailand) Co., Ltd. are, respectively, a foreign exporter and foreign producer of crystalline silicon photovoltaic cells, whether or not assembled into modules, and interested parties within the meaning of 19 U.S.C. §1677(9)(A).  Plaintiffs were active participants in the circumvention inquiry proceeding that led to the determination being challenged.  Plaintiffs therefore have standing to bring this action pursuant to 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c) as interested parties that were parties to the proceeding identified below.

**2. Brief Description of Contested Determination**

Plaintiffs contest the final determination of the U.S. Department of Commerce that crystalline silicon photovoltaic cells, whether or not assembled into modules, are being exported from Thailand to the United States in circumvention of the antidumping duty and countervailing duty orders on crystalline silicon photovoltaic cells, whether or not assembled into modules, from the People's Republic of China under 19 U.S.C. § 1677j(b). *See Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention With Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Aug. 23, 2023). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(ii); 19 U.S.C. § 1516a(a)(2)(B)(vi); and 28 U.S.C. § 1581(c).

**3. Date of Determination**

The contested determination was rendered by the U.S. Department of Commerce on August 17, 2023; published in the *Federal Register* on August 23, 2023; and mailed by the U.S. Department of Commerce on September 20, 2023.

**4. Date of Publication in Federal Register of Notice of Contested Determination**

The contested determination was published in the *Federal Register* on August 23, 2023, 88 Fed. Reg. 57,419, and sent by the U.S. Department of Commerce via FedEx on September 20, 2023. This summons is timely filed by no later than 30 days after the mailing date of the final determination and is thus timely filed pursuant to 19 U.S.C. §1516a(a)(2)(A)(ii).

By: /s/ Jonathan T. Stoel
Jonathan T. Stoel
Craig A. Lewis
Michael G. Jacobson
Nicholas R. Sparks
Nicholas W. Laneville
Lindsay K. Brown
Gregory M.A. Hawkins

HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1 202 637 6634
jonathan.stoel@hoganlovells.com

*Counsel to Canadian Solar International Limited and Canadian Solar Manufacturing (Thailand) Co., Ltd.*

Dated: October 20, 2023

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served:

Supervising Attorney
Civil Division, Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278