IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE
NEW YORK, NEW YORK

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| CANADIAN SOLAR INTERNATIONAL LIMITED, *et al.*, | ) ) ) |
| *Plaintiffs,* | ) ) |
| and, | ) ) |
| NEXTERA ENERGY CONSTRUCTORS, LLC, | ) ) |
| *Plaintiff-Intervenor,* | ) ) ) Ct. No. 23-00222 |
| v. | ) ) |
| UNITED STATES, | ) ) |
| *Defendant,* | ) ) |
| and, | ) ) |
| AUXIN SOLAR INC., | ) ) |
| *Defendant-Intervenor.* | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Canadian Solar International Limited and Canadian Solar Manufacturing (Thailand) Co., Ltd., Plaintiffs in

the above-captioned action, hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment of the U.S. Court of International Trade entered in this action, *Canadian Solar International Limited et al v. United States*, Ct. No. 23-00222, on May 16, 2025 (Slip Op. 25-59) (ECF Nos. 53–54).

                                              Respectfully submitted,

                                              /s/ Jonathan T. Stoel
                                              Jonathan T. Stoel
                                              Michael G. Jacobson
                                              Nicholas R. Sparks

                                              HOGAN LOVELLS US LLP
                                              Columbia Square Building
                                              555 Thirteenth Street, NW
                                              Washington, DC 20004
                                              Phone: +1.202.637.6634
                                              E-mail: jonathan.stoel@hoganlovells.com

                                              *Counsel to Canadian Solar International Limited and Canadian Solar Manufacturing (Thailand) Co., Ltd.*

July 14, 2025

2

## CERTIFICATE OF SERVICE

I, Nicholas R. Sparks, hereby certify that on July 14, 2025, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

Dated: July 14, 2025

<u>/s/ Nicholas R. Sparks</u>
Nicholas R. Sparks
HOGAN LOVELLS US LLP